IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case 1:13-CV-23182 (Gayles/Turnoff)

FLO & EDDIE, INC., individually and on behalf of
all others similarly situated,

                Plaintiff,

-against-

SIRIUS XM RADIO INC., and DOES 1 through 10,

                Defendants.

_____/

**ORDER GRANTING SIRIUS XM RADIO INC.'S MOTION TO SEAL UNREDACTED MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND SUPPORTING MEMORANDUM OF LAW, UNREDACTED STATEMENT OF UNCONTESTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1 IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, AND UNREDACTED EXHIBITS 5, 6 AND 31 TO JULY 15, 2014 DECLARATION OF EDWARD SOTO**

The Court, having considered Sirius XM Radio Inc.'s ("Sirius XM") Motion to Seal Its Unredacted (i) Motion for Summary Judgment on Liability and Supporting Memorandum of Law ("Motion"), (ii) Statement of Uncontested Material Facts Pursuant to Local Rule 56.1 in Support of Its Motion For Summary Judgment ("Statement of Uncontested Material Facts"), and (iii) Exhibits 5, 6, and 31 to July 15, 2014 Declaration of Edward Soto ("Exhibits"), it is

ORDERED AND ADJUDGED:

    1.    Sirius XM's Motion to Seal is GRANTED.

    2.    Sirius XM's Motion to Seal Its Unredacted Motion, Statement of Uncontested Material Facts, and Exhibits shall be filed under seal.

3.	The Clerk shall maintain the aforementioned Motion, Statement of Uncontested Material Facts, and Exhibits under seal through the final resolution of the above captioned action, including during any periods of appeal taken by any party to this case, except as otherwise ordered by this Court or required by law.

5.	The Clerk shall destroy the aforementioned Motion, Statement of Uncontested Material Facts, and Exhibits upon final resolution of the above captioned action, including all appeals.

DONE AND ORDERED in Chambers in Miami, Florida, on this 18th day of July, 2014.

_____
DARRIN P. GAYLES

cc:	All Counsel of Record