**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 13-CV-23182**

FLO & EDDIE, INC., a California
corporation, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

SIRIUS XM RADIO, INC., a Delaware
corporation; and DOES 1 through 10,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING OF ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ALL CAUSES OF ACTION ON THE BASIS OF PUBLIC PERFORMANCE CONDUCT, IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFEDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, FLO & EDDIE, INC. ("Flo & Eddie"), by and through its undersigned counsel, hereby gives notice of filing the September 22, 2014 Order Granting Plaintiff's Motion for Summary Judgment on all Causes of Action on the Basis of Public Performance Conduct, entered in the related matter pending in the Central District of California, in support of Plaintiff's Response to Defendant, SIRIUS XM RADIO, INC.'s Motion for Summary Judgment. A copy of the Order is attached hereto as Exhibit "A".

    Signed on this 24th day of September, 2014.

        Respectfully submitted,

        HELLER WALDMAN, P.L.
        Attorneys for FLO & EDDIE, INC.
        3250 Mary Street, Suite 102
        Coconut Grove, Florida 33133
        Telephone:  (305) 448-4144
        Telecopier:  (305) 448-4155

        By:   s/Glen H. Waldman
            Glen H. Waldman, Esq.
            Fla. Bar No. 618624
            Eleanor T. Barnett, Esq.
            Fla. Bar No. 0355630
            Jason Gordon, Esq.
            Fla. Bar No. 0012973

        GRADSTEIN & MARZANO, P.C.
        Henry Gradstein (*admitted pro hac vice*)
        Maryann R. Marzano (*admitted pro hac vice*)
        Harvey Geller (*admitted pro hac vice*)
        6310 San Vicente Blvd., Suite 510
        Los Angeles, California 90048
        Telephone:  (323) 776-3100

        Evan S. Cohen (*pro hac vice motion is being filed*)
        1180 South Beverly Drive, Suite 510
        Los Angeles, California
        Telephone:  (310) 556-9800
        Telecopier:  (310) 556-9801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

        /s/ Glen H. Waldman
        Glen H. Waldman

**FLO & EDDIE, INC. v. SIRIUS XM RADIO, INC., ET AL**
**CASE NO.: 13-CV-23182-Moore/Torres**

**SERVICE LIST**

Edward Soto
WEIL GOTSHAL & MANGES LLP
1395 Brickell Ave, Suite 1200
Miami, FL 33131
Phone: (305) 577-3100
Fax:    (305) 374-7159
Email: edward.soto@weil.com

Bruce Rich
Benjamin Marks
WEIL GOTSHAL & MANGES
767 Fifth Avenue
New York, NY 10153-0119
Phone: (212) 310-8000
Fax:    (212) 310-8007
Email: Bruce.rich@weil.com
          Benjamin.marks@weil.com

Michael S. Oberman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
Florida, NY 10036
Phone: (212) 715-9100
Fax:    (212) 715-8000
Email: moberman@kramerlevin.com