UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-23182-CIV-GAYLES/TURNOFF

FLO & EDDIE, INC., a California
corporation, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

SIRIUS XM RADIO, INC., a Delaware
corporation; and DOES 1 through 10,

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT SIRIUS XM RADIO, INC.

**David M. Gersten, Michael N. Kreitzer, Marty L. Steinberg, David B. Massey** with the law firm of **Bilzin Sumberg Baena Price & Axelrod LLP**, hereby file this stipulation for the substitution of Bilzin Sumberg Baena Price & Axelrod LLP as counsel of record for Defendant Sirius XM Radio, Inc. ("Defendant"), replacing Weil Gotshal & Manges LLP and Kramer, Levin, Naftalis & Frankel, LLP, which shall have no further responsibility for Defendant in this matter.

**WHEREFORE**, Defendant requests that the Court enter an Order approving this Stipulation for Substitution of Counsel, directing that all further pleadings, motions, or other papers be served on Bilzin Sumberg Baena Price & Axelrod LLP, and removing Weil Gotshal & Manges LLP and Kramer, Levin, Naftalis & Frankel, LLP from the Court's CM/ECF system in this matter.

| | |
|---|---|
| /s/ David M. Gersten<br>David M. Gersten<br>dgersten@bilzin.com<br>Florida Bar Number: 205801<br>Michael N. Kreitzer<br>mkreitzer@bilzin.com<br>Florida Bar Number: 705561<br>Marty L. Steinberg<br>msteinberg@bilzin.com<br>Florida Bar Number: 187293<br>David B. Massey<br>dmassey@bilzin.com<br>Florida Bar Number: 86129<br>**Bilzin Sumberg Baena Price & Axelrod LLP**<br>1450 Brickell Avenue, Suite 2300<br>Miami, Florida 33131-3456<br>Phone: (305) 374-7580<br>Fax: (305) 374-7580- | /s/ Bruce R. Rich<br>Bruce R. Rich<br>Edward.soto@weil.com<br>Florida Bar Number: 0265144<br>R. Bruce Rich<br>Bruce.rich@weil.com<br>Admitted *pro hac vice*<br>Benjamin E. Marks<br>Benjamin.Marks@weil.com<br>Admitted *pro hac vice*<br>Bruce S. Meyer<br>Bruce.meyer@weil.com<br>Admitted *pro hac vice*<br>John R. Gerba<br>John.gerba@weil.com<br>Admitted *pro hac vice*<br>Todd D. Larson<br>Todd.larson@weil.com<br>Admitted *pro hac vice*<br>**Weil Gotshal & Manges LLP**<br>1395 Brickell Avenue, Suite 1200<br>Miami, Florida 33131<br>Phone: (305)577-3100<br>Fax: (305) 374-7159<br>AND<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Phone: (212) 310-8000<br>Fax: (212) 310-8007 |
| | s/ Michael S. Oberman<br>Michael S. Oberman<br>moberman@kramerlevin.com<br>Admitted *pro hac vice*<br>**Kramer, Levin, Naftalis & Frankel LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 715-9294<br>Fax: (212) 715-8294 |

## CERTIFICATE OF SERVICE

I CERTIFY that on the 7th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on all counsel of record authorized to receive Notices of Electronic Filing generated by CM/ECF.

/s/ David Massey_____
David Massey