# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-23182-CIV-GAYLES/TURNOFF

FLO & EDDIE, INC., a California
corporation, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

SIRIUS XM RADIO, INC., a Delaware
corporation; and DOES 1 through 10,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Stipulation for Substitution of Counsel. Defendant requests that the Court substitute **David M. Gersten, Michael N. Kreitzer, Marty L. Steinberg,** and **David B. Massey** with the law firm of **Bilzin Sumberg Baena Price & Axelrod LLP**, for Weil Gotshal & Manges LLP and Kramer, Levin, Naftalis & Frankel, LLP as counsel of record for Defendant Sirius XM Radio, Inc. Upon due consideration, it is hereby

**ORDERED AND ADJUDGED** that Bilzin Sumberg Baena Price & Axelrod LLP is hereby substituted as counsel of record for Defendant Sirius XM Radio, Inc., replacing Weil Gotshal & Manges LLP and Kramer, Levin, Naftalis & Frankel, LLP, which shall have no further responsibility for Defendant in this matter. The Clerk of the Court is directed to serve all future pleadings, motions, or other papers on Bilzin Sumberg Baena Price & Axelrod LLP, and to remove Weil Gotshal & Manges LLP and Kramer, Levin, Naftalis & Frankel, LLP from the Court's CM/ECF system in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida on this _____ day of November, 2014.

 

_____
**DARRIN P. GAYLES**
**UNITED STAES DISTRICT JUDGE**

cc:   Magistrate Judge Turnoff
      All Counsel of Record