UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CV-23182

FLO & EDDIE, INC., a California
corporation, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

SIRIUS XM RADIO, INC., a Delaware
corporation; and DOES 1 through 10,

      Defendants.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF FILING OF MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN RELATED CASE PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Plaintiff, FLO & EDDIE, INC. ("Flo & Eddie"), by and through its undersigned counsel, files this Response to Defendant, SIRIUS XM RADIO, INC.'s ("Sirius XM"), December 15, 2014, Notice of Filing, which Sirius XM titled "Notice of Filing of December 12, 2014 Order in Flo & Eddie, Inc. v. Sirius XM Radio Inc., Case No. 1:13-CV-05784-CM (S.D.N.Y.)" [D.E. #121].[1]

In her December 12, 2014, Order, Judge Colleen McMahon rejected the identical argument that Sirius XM made in its Supplement in this action; namely, that *RCA Manufacturing Co. v. Whiteman*, 114 F.2d 86 (2d Cir. 1940) stands for the proposition that New York law does

---

[1] Sirius XM's Notice of Filing does not properly identify the title of the December 12, 2014, Order issued by the United States District Court for the Southern District of New York. That order is actually entitled "Memorandum Decision and Order Denying Defendant's Motion for Reconsideration of Motion for Summary Judgment"

not afford a right of public performance in sound recordings that are protected under common law copyright.  Judge McMahon responded to that argument as follows: "I disagree.  So does every other court and authority that has considered the issue."  *See* p. 3 of Order.

Judge McMahon went on to note that:

> *Even if Whiteman stood for the proposition that Sirius asserts - and it does not – Sirius's motion for reconsideration fails for a second reason: Whiteman has been overruled, so it stands for nothing at all.*

*See* p. 7 of Order.

Judge McMahon's rejection of Sirius XM's argument, and recognition that *Whiteman* was overruled by *Capitol Records v. Mercury Records Corp.,* 221 F.2d 657, 663 (2d Cir. 1955) (*Whiteman* "is *not the law of the State of New York*"), confirms the position taken by Flo & Eddie in its Opposition to Sirius XM's Supplement.  As Judge McMahon noted: the only "clear error" was on the part of Sirius XM's new counsel.

Signed on this 17th day of December, 2014.

Respectfully submitted,

HELLER WALDMAN, P.L.
Attorneys for FLO & EDDIE, INC.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone:  (305) 448-4144
Telecopier:  (305) 448-4155


By:     s/Glen H. Waldman
Glen H. Waldman, Esq.
Fla. Bar No. 618624
Eleanor T. Barnett, Esq.
Fla. Bar No. 0355630
Jason Gordon, Esq.
Fla. Bar No. 0012973

GRADSTEIN & MARZANO, P.C.
Henry Gradstein (*admitted pro hac vice*)
Maryann R. Marzano (*admitted pro hac vice*)
Harvey Geller (*admitted pro hac vice*)
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
Telephone:  (323) 776-3100

Evan S. Cohen (*pro hac vice motion is being filed*)
1180 South Beverly Drive, Suite 510
Los Angeles, California
Telephone:  (310) 556-9800
Telecopier:  (310) 556-9801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

/s/ Glen H. Waldman
Glen H. Waldman

**FLO & EDDIE, INC. v. SIRIUS XM RADIO, INC., ET AL**

**CASE NO.: 13-CV-23182-Gayles/Turnoff**

**SERVICE LIST**

| | |
|---|---|
| Daniel M. Petrocelli | David M. Gersten |
| Robert M. Schwartz | Michael N. Kreitzer |
| Victor Jih | Marty L. Steinberg |
| O'Melveny & Myers LLP | BILZIN SUMBERG, et al |
| 1999 Avenue of the Stars, 7th Floor | 1450 Brickell Ave, Suite 2300 |
| Los Angeles, CA 90067-6035 | Miami, FL 33131 |
| Phone: (213) 430-6000 | Phone: (305) 374-7580 |
| Fax: (213) 430-6407 | Fax: (305) 374-7593 |
| Email: dpetrocelli@omm.com | Email: dgersten@bilzin.com |
| rschwartz@omm.com | mkreitzer@bilzin.com |
| vjih@omm.com | msteinberg@bilzin.com |

{00148809.DOCX }