UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CV-23182

FLO & EDDIE, INC., a California
corporation, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

SIRIUS XM RADIO, INC., a Delaware
corporation; and DOES 1 through 10,

        Defendants.
_____/

## JOINT MOTION TO VACATE
## AMENDED SCHEDULING ORDER

Plaintiff, FLO & EDDIE, INC. ("F&E"), and Defendant, SIRIUS XM RADIO, INC. ("Sirius XM"), by and through their undersigned counsel, file this Joint Motion to Vacate Amended Scheduling Order, and in support thereof state as follows:

1. On July 18, 2014, the Court conducted a status conference to address a number of scheduling issues; in particular, the deadlines and sequencing of Sirius XM's Motion for Summary Judgment and F&E's Motion for Class Certification. At the conference, the parties and the Court agreed as to the scheduling of those motions. The parties also requested that the Court set new dates for the pre-trial conference and trial *after* resolving the Motion for Summary Judgment and Motion for Class Certification, as the Court and parties would then have a better understanding as to how to address the various issues remaining in the case. The Court indicated that its preference was to at least have a placeholder trial date set as part of the overall schedule.

2. Thus, on July 31, 2014, the parties submitted a [Proposed] Revised Scheduling Order [D.E. #93] which provided, in part, the following deadlines:

| | |
|---|---|
| August 15, 2014 | Plaintiff's deadline to file its response to Sirius XM's Motion for Summary Judgment on Liability and Supporting Memorandum of Law. |
| September 8, 2014 | Sirius XM's deadline to file its reply in support of its Motion for Summary Judgment on Liability and Supporting Memorandum of Law. |
| Three (3) weeks from the date on which the Court issues a ruling on Sirius XM's Motion for Summary Judgment on Liability and Supporting Memorandum of Law. | Plaintiff's deadline to file any motion for class certification. |
| Thirty (30) days from the date on which Plaintiff files its motion for class certification. | Sirius XM's deadline to file its response to Plaintiff's motion for class certification. |
| Fourteen (14) days from the date on which Sirius XM files its response to Plaintiff's motion for class certification. | Plaintiff's deadline to file its reply in support of its motion for class certification. |
| (Court to insert date) | Final Pre-trial Conference |
| February 23-March 6, 2015 | Trial to commence during the two-week trial period. |

3. The dates in the [Proposed] Revised Scheduling Order were keyed off of the Court's ruling on Sirius XM's Motion for Summary Judgment. Subsequent to the submission of the [Proposed] Revised Scheduling Order, Sirius XM's Motion for Summary Judgment was fully briefed by the parties. In addition, on November 21, 2014, Sirius XM filed a supplemental brief in support of its motion. [D.E. # 119] On December 3, 2014, F&E filed its response to Sirius XM's supplemental brief. [D.E. # 122] The Court has not yet ruled on Sirius XM's Motion for

Summary Judgment.  As such, the dates for F&E's Motion for Class Certification have not yet been triggered.

4. Because the court had never signed the [Proposed] Revised Scheduling Order submitted on July 31, 2014, on December 18, 2014, counsel for F&E contacted the Court's clerk to inquire as to the status of the overall schedule in this matter and to advise the clerk that the pre-trial and trial dates set forth in the [Proposed] Revised Scheduling Order were no longer viable because the Court has not yet ruled on Sirius XM's Motion for Summary Judgment.  The clerk advised counsel for F&E that the Court would need to enter the [Proposed] Revised Scheduling Order but that the parties could request further amendment of the deadlines, as necessary.  The [Proposed] Revised Scheduling Order was entered later that same day, setting a Final Pre-Trial Conference date of January 21, 2015, trial calendar call for February 18, 2015, and trial for February 23, 2015.  [D.E. #123].

5. The current deadlines are not practicable.  In the event that the Court does not grant Sirius XM's Motion for Summary Judgment, the current schedule would not allow sufficient time for F&E's Motion for Class Certification to be briefed and resolved before trial commences.  In addition, without a ruling on Sirius XM's Motion for Summary Judgment, the parties cannot adequately prepare for the Final Pre-Trial Conference.

6. Therefore, F&E and Sirius XM request that the Court vacate the Revised Scheduling Order, allow the parties to submit a [Proposed] Second Amended Scheduling Order with new dates for the Final Pre-Trial Conference and trial, and schedule a status conference to discuss these and other case management issues.

WHEREFORE, Plaintiff, FLO & EDDIE, INC., and Defendant, SIRIUS XM RADIO, INC., respectfully request that this Honorable Court grant their Joint Motion to Vacate Amended

Scheduling Order, allow the parties to submit a Second Amended Scheduling Order, and schedule a status conference.

Signed on this 23rd day of December, 2014.

                    Respectfully submitted,

HELLER WALDMAN, P.L.
Attorneys for FLO & EDDIE, INC.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone: (305) 448-4144
Telecopier: (305) 448-4155

By:    s/Glen H. Waldman
      Glen H. Waldman, Esq.
      Fla. Bar No. 618624
      Eleanor T. Barnett, Esq.
      Fla. Bar No. 0355630
      Jason Gordon, Esq.
      Fla. Bar No. 0012973

GRADSTEIN & MARZANO, P.C.
Henry Gradstein (*admitted pro hac vice*)
Maryann R. Marzano (*admitted pro hac vice*)
Harvey Geller (*admitted pro hac vice*)
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
Telephone: (323) 776-3100

Evan S. Cohen (*pro hac vice motion is being filed*)
1180 South Beverly Drive, Suite 510
Los Angeles, California
Telephone: (310) 556-9800
Telecopier: (310) 556-9801

*Attorneys for Plaintiff Flo & Eddie, Inc.*

By:   */s/ David M. Gersten*
David M. Gersten
  dgersten@bilzin.com
Bilzin Sumberg LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Tel: (305) 350-7230
Fax: (305) 351-2211

Daniel M. Petrocelli (Admitted *pro hac vice*)
  dpetrocelli@omm.com
Robert M. Schwartz (Admitted *pro hac vice*)
  rschwartz@omm.com
Victor H. Jih (Admitted *pro hac vice*)
  vjih@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Tel: (310) 553-6700
Fax: (310) 246-6779

*Attorneys for Defendant Sirius XM Radio Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

/s/ Glen H. Waldman
Glen H. Waldman

**FLO & EDDIE, INC. v. SIRIUS XM RADIO, INC., ET AL**

**CASE NO.: 13-CV-23182-Gayles/Turnoff**

**SERVICE LIST**

| | |
|---|---|
| Daniel M. Petrocelli | David M. Gersten |
| Robert M. Schwartz | Michael N. Kreitzer |
| Victor Jih | Marty L. Steinberg |
| O'Melveny & Myers LLP | BILZIN SUMBERG, et al |
| 1999 Avenue of the Stars, 7th Floor | 1450 Brickell Ave, Suite 2300 |
| Los Angeles, CA 90067-6035 | Miami, FL 33131 |
| Phone: (213) 430-6000 | Phone: (305) 374-7580 |
| Fax: (213) 430-6407 | Fax: (305) 374-7593 |
| Email: dpetrocelli@omm.com | Email: dgersten@bilzin.com |
| rschwartz@omm.com | mkreitzer@bilzin.com |
| vjih@omm.com | msteinberg@bilzin.com |